IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENELDA THOMAS,** ) | |
| ) | |
| Plaintiff, ) | 2:04-cv-01841 |
| v. ) | |
| ) | |
| **HAMILTON BEACH/PROCTOR-SILEX,** ) | |
| **INC. and GENERAL ELECTRIC,** ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 13th day of July, 2007, after the Plaintiff, Renelda Thomas, filed an action in the above captioned case, and after a Motion for Sanctions (Document No. 57) was filed by Defendants, Hamilton Beach/Proctor-Silex, Inc., and General Electric, which is tantamount to a dismissal of Plaintiff's claims in this action, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten (10) days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by Plaintiff and Defendants' response thereto, the Court finds said objections to be without merit insofar as the Report and Recommendation is not erroneous or contrary to law.  Further, upon independent review of the complete record, and consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this court,

It is hereby **ORDERED** that the Motion for Sanctions is **GRANTED** and the Plaintiff's claims in this action are **DISMISSED** with prejudice.

It is further **ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff desires to appeal from this Order, she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                BY THE COURT:

                                                s/ Terrence F. McVerry
                                                United States District Court Judge

cc:    Lou Anne Demosky, Esquire
        Email: lou@demoskylaw.com

        Edward A. Miller, Esquire
        Email: EAMiller@mdwcg.com
        Victor J. Sullivan, Jr., Esquire
        Email: vsullivan@mdwcg.com

        United States Magistrate Judge Amy Reynolds Hay